# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:15-cr-168
                                            Related Case No. 3:17-cv-262

                                            District Judge Thomas M. Rose
                                            Magistrate Judge Michael R. Merz

ERIK GRANADOS,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This case is before the Court on Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 filed by Defendant Erik Granados (ECF No. 57). On August 7, 2017, Magistrate Judge Merz, to whom the motion had been referred, recommended that it be dismissed with prejudice (Report, ECF No. 58). Upon Defendant's Motion (ECF No. 59), his time to file objections was extended to and including September 13, 2017, but no objections have been filed.

Accordingly, pursuant to Fed. R. Civ. P. 72, the Report is ADOPTED, the § 2255 Motion is DISMISSED WITH PREJUDICE, Defendant is denied a certificate of appealability, and this Court certifies to the Sixth Circuit that an appeal would not be taken in objective good faith.

September 27, 2017.                                                                                         *s/Thomas M. Rose

                                                                                      Thomas M. Rose
                                                                            United States District Judge